

# IN THE
# TENTH COURT OF APPEALS

─────────────

## No. 10-12-00272-CR

**STEPHANY PAUL JONES,**

                                                                   **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                   **Appellee**

─────────────

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-0877-C2**

─────────────

## MEMORANDUM  OPINION

─────────────

Appellant Stephany Paul Jones, appearing pro se, filed what appeared to be an interlocutory notice of appeal of the trial court's ruling on her motion for bond reduction.

The Clerk of the Court notified Appellant that this case was subject to dismissal for want of jurisdiction and that the Court might dismiss her appeal unless she showed grounds for continuing it.  Appellant did not respond to the Clerk's letter.

This Court lacks jurisdiction over a trial court's denial of a motion for bond

reduction when the appeal is not from the trial court's denial of a pretrial application for writ of habeas corpus in which the appellant sought bond reduction. *See Benford v. State*, 994 S.W.2d 404, 409 (Tex. App.—Waco 1999, no pet.); *see also Sanchez v. State*, 340 S.W.3d 848, 849 (Tex. App.—San Antonio 2011, no pet.). Accordingly, this appeal is dismissed for want of jurisdiction.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 20, 2012
Do not publish
[CR25]